# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2009

Marilyn Kelly,
Chief Justice

138423

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PHILIP EDWARD CHAMPLAIN,
      Defendant-Appellant.

SC: 138423
COA: 276447
Washtenaw CC: 04-001946-FC

_____/

On order of the Court, the application for leave to appeal the January 20, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2009

_____
Clerk

p0701